UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE MATTHEW WILDE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF BUTTE, et al.,<br><br>Defendants. | No. 2:20-cv-02166 TLN AC<br><br><br><br>ORDER |

Plaintiff, proceeding pro se, is a pre-trial detainee at Butte County Jail. ECF No. 1 at 17. On November 30, 2020, the undersigned submitted Findings and Recommendations to the District Judge assigned to this case, recommending that the case be dismissed without leave to amend pursuant to the doctrine of Younger abstention. ECF No. 8; see Younger v. Harris, 401 U.S. 37, 43–54 (1971). Plaintiff filed objections (ECF No. 15) and the matter is pending before the District Judge for a final order.

Within seven days of the Findings and Recommendations being filed, plaintiff filed six motions: a motion for the court to appoint funds (ECF No. 11), a motion for the court to produce plaintiff for hearings (ECF No. 12), a motion for the court to produce transcripts (ECF No. 13), a motion for media coverage (ECF No. 14), a motion to withdraw his request for injunctive relief (ECF No. 16), and a motion to appoint counsel (ECF No. 17). In light of the pending Findings and Recommendations, which posit that this court does not have jurisdiction to hear this case,

each of these motions is DENIED without prejudice. The court will not consider any motions from plaintiff until the District Judge issues an order on the Findings and Recommendations.

    IT IS SO ORDERED.

DATED: December 9, 2020

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE