UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE MATTHEW WILDE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF BUTTE; BUTTE COUNTY SHERIFF'S OFFICE; JASON MILLER,<br><br>Defendants. | No. 2:20-cv-02166-TLN-AC<br><br><br><br>**ORDER** |

Plaintiff proceeds in this action *pro se* and in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 30, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 30, 2020, are ADOPTED IN FULL;

1

2. This case is DISMISSED without leave to amend pursuant to the doctrine of *Younger* abstention; and

3. The Clerk of Court is directed to close the case.

DATED:  December 17, 2020

Troy L. Nunley
United States District Judge

2