UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE MATTHEW WILDE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF BUTTE, et al.,<br><br>　　　　　Defendants. | No.  2:20-cv-02166 TLN AC<br><br><br>ORDER |

　　　　Plaintiff is proceeding in this matter pro se, and accordingly this motion was referred to the undersigned pursuant to Local Rule 302(c)(21).  On December 21, 2020, plaintiff filed a motion to compel defendants to answer the complaint.  ECF No. 22.  Plaintiff's case was closed on December 18, 2020.  ECF No. 21.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.  Plaintiff's motion at ECF No. 22 will, accordingly, be STRICKEN.

　　　　IT IS SO ORDERED.

DATED: December 22, 2020

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE